SIGN-IN SHEET

CASE NAME: Garnet Biotherapeutics Inc.  COURTROOM NO.: 1

CASE NO.: 10-14165  DATE: 1/6/2011

PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| John Denny | Stevens + Lee | S&P Vitalife Partners II, L.P. |
| William A. Hazeltine | Sullivan Hazeltine | Debtor |
| William Sullivan | Sullivan Hazeltine | Debtor |
| Jane Leamy | US Trustee's office | US Trustee |