# SIGN-IN SHEET

**CASE NAME:** GARNET BIO.

**CASE NO.:** 10-14165

**COURTROOM NO.:** 1 - JUDGE SHANNON

**DATE:** APRIL 6, 2011

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| William Hazeltine | Sullivan Hazeltine Allinson | Debtor |
| John Denny | Stevens & Lee, P.S. | SCP Vitalife Partners |
| Jane Leamy | US Trustee Office | US Trustee |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |